UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  18cr1919-JLS |
| Plaintiff, | |
| v. | Order terminating probation |
| MOHID DEIRANIEH, | |
| Defendant. | |

Good cause appearing in the defendant's unopposed motion, the Court hereby terminates the remainder of Mr. Deiranieh's probation forthwith.

SO ORDERED.

Dated: October 27, 2021

Hon. Janis L. Sammartino
United States District Judge

1